**DISMISS and Opinion Filed July 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-19-00514-CV**
_____

**DAVID JOACHIM, Appellant**
**V.**
**FRIEDMAN & FEIGER, L.L.P., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13421**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is appellant's motion to withdraw this appeal. Appellant has informed the Court that he no longer wishes to pursue the appeal as a subsequent order from the trial court has rendered it moot. Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190514F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID JOACHIM, Appellant

No. 05-19-00514-CV      V.

FRIEDMAN & FEIGER, L.L.P., Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-13421.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee FRIEDMAN & FEIGER, L.L.P. recover its costs of this appeal from appellant DAVID JOACHIM.

Judgment entered July 30, 2019